IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 4:07CR00086-22 JMM

DEMETRIUS STUBBS

## ORDER

Pending is Defendant Demetrius Stubbs' *pro se* Motion for Modification of his Federal Sentence. (Docket # 747). Defendant requests a modification of his sentence pursuant to 18 U.S.C. § 3553(a). Defendant argues that the Court should apply a 1 to 1 crack to powder cocaine ratio reduction.

Defendant was sentenced on April 30, 2008, to a 60 month term of imprisonment. He received a Rule 35 reduction from 60 months to 54 months on April 21, 2009. A district court's power to revise a sentence after it is imposed is limited. *United States v. Gurski*, 317 Fed. Appx. 582 (8th Cir. 2009)(citing *Fegans v. United States*, 506 F.3d 1101, 1104 (8th Cir.2007)). 18 U.S.C. § 3582(c) provides three jurisdictional grants under which a court may "modify a term of imprisonment once it has been imposed." A court may modify a sentence: (1) in certain circumstances "upon motion of the Director of the Bureau of Prisons"; (2) "to the extent otherwise expressly permitted by statute or by Rule 35 of the Federal Rules of Criminal Procedure"; or (3) in cases where the applicable sentencing range "has subsequently been lowered by the Sentencing Commission." All three provisions are inapplicable in this case.

- 2 -

Accordingly, Defendant's Motion for Modification of Sentence (Docket # 747) is DENIED.

IT IS SO ORDERED THIS 12th day of August, 2010.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE